# EXHIBIT A

## DPS HR Meeting Update

**Siebern, Clarissa L - (clarisss) <clarisss@arizona.edu>**

Mon 8/28/2023 7:26 AM

To:Berry III, Robert Q - (rqberry) <rqberry@arizona.edu>;Reyes, Iliana - (ireyes) <ireyes@arizona.edu>;Puig, Mary L - (mlpuig) <mlpuig@arizona.edu>;Deil-Amen, Regina J - (reginad1) <reginad1@arizona.edu>;Gonzalez-Lewis, Yvonne J - (gonzaley) <gonzaley@arizona.edu>;Liaupsin, Carl J - (liaupsin) <liaupsin@arizona.edu>;Yoon, Jina - (jinayoon) <jinayoon@arizona.edu>

Good Morning,

I wanted to follow up and share what has transpired since our meeting on Friday, August 18 re DPS Grad Coordination. I've included Associate Dean Deil-Amen to request her support with Faculty Affairs as this will affect faculty support within DPS.

In my discussion with HR, it surfaced what appears to be a contradiction in what DPS agreed to and what HR shared they were tasked to do.

In our meeting on Friday, August 18, we met to discuss the following:
1. Program Coordinator posting req 17247
2. Reviewed excel re GC/PC position across COE Dpts
3. Discuss the combined Graduate Coordinator/Program Coordinator roles within DPS
4. Incumbent Reviews requested by DPS Staff
5. Urgency of timing and department needs to make decisions.

The decision made during the meeting was to work directly with Patricia/HR:
1. Combine the Incumbent Review with the desk audit and prioritize DPS.
2. Decide if changes are needed for req 17247
3. To be completed by August 25 to allow time prior to my vacation beginning September 6.
4. Work with Staff for short turn around to meet with HR.

I met with staff:
1. Shared Incumbent Reviews will be expedited with desk audit.
2. Requested updated Resumes post Career Conversations

*Please note, this provided a boost in morale. I had previously shared in an email August 9 that there were pending resignations and was very concerned with department administrative support. I was able to keep staff engaged to continue as this unfolded.*

In a 1:1 discussion in Teams on Wednesday, August 23 with HR to set up the meetings and prepare for the Incumbent Review the following was shared:
1. No you do not need to provide me with a job description form that you would use for an Incumbent Review.
2. I will also be asking on what their day to day tasks look like and how they process certain transactions. Again, this is to see where we can see where there is inconsistencies and where we can improves some processes.
3. I know each unit may be different so I will ask why a certain process may be different from other units.

This was confusing as it not only contradicted what was agreed to transpire but also was not aligned even with the roles that our PCs do.
1. Transactions and processes are predominantly conducted by our Transaction PC, may include our other PCs and includes me, the Business Manager.
2. All tasks and job duties were supported by the Business Manager and Department Head aligning with the programs and students (Grad College) supporting the reorganization of GMT and Grad Coordination and faculty needs.
3. Any questions related to that should be directed to BM and DH.

Staff sent an email to HR requesting clarifications on Wednesday, August 23.
1. The response was that this is not intended to be an Incumbent Review.

ABOR000475

2. Within 24 hours of receiving the email from HR, I received a verbal resignation.
3. Another was previously pending awaiting this outcome.

*Please note, It has been explicitly expressed that they do not want to leave DPS, they enjoy the admin team, the programs and faculty challenges and all.  They feel, however, that they are not being paid for the level of work that they do, and this devalues their contributions.*

Our department and college cannot sustain these resignations. It will cost more in time and experience to replace them than it would have been to do the Incumbent Review for the work that they are doing. These individuals are beginning their Masters, they would have invested their time with DPS supporting growth.   We should be continuing our investment in them.

This collaboration is significant:
1. To move the DPS/GMT forward to accommodate what the college is ultimately striving to build.
2. Instrumental in facilitating support with the department including Eryn, Molly and GMT.
3. Supporting the transition of DPS Department Heads.
4. Providing DPS Faculty with consistent support.
5. Retention of faculty because they have the support for their programs, research, and students.

I have 1 week to retain and support the staff and department with a slim window of opportunity.
I am asking for your assistance and to consider the needs of our department.

I am happy to provide any documentation or emails that address this subject matter including the requests for Incumbent Reviews from Staff.

Sincerely,
Clarissa

Clarissa Siebern
Business Manager
Disability and Psychoeducational Studies


THE UNIVERSITY OF ARIZONA
College of Education

ABOR000476